UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYOKA EVANS,

                        Plaintiff,

        -against-

RELIANCE STANDARD LIFE
INSURANCE COMPANY; LULULEMON
USA INC. SHORT-TERM DISABILITY
PLAN,

                        Defendants.

26-CV-2666 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff proceeds *pro se*. Plaintiff previously submitted to this court an identical complaint against the same defendants alleging the same set of facts. Plaintiff signed both complaints on March 23, 2026. The earlier filed action is pending before the Honorable Jessica G. L. Clarke of this court. *See Evans v. Reliance Standard Life Insurance Co.*, No. 7:26-CV-2423 (JGLC) (S.D.N.Y.). Because this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, the Court dismisses this complaint without prejudice to Plaintiff's pending case.

## CONCLUSION

This action is dismissed without prejudice as duplicative of *Evans v. Reliance Standard Life Insurance Co*., No. 7:26-CV-2423 (JGLC) (S.D.N.Y.).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:    April 1, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge

2