UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYOKA EVANS,

                    Plaintiff,

          -against-                                    26 CIVIL 02666 (LTS)

RELIANCE STANDARD LIFE INSURANCE              CIVIL JUDGMENT
COMPANY; LULULEMON USA INC.
SHORT-TERM DISABILITY PLAN.,

                    Defendants.

For the reasons stated in the April 1, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:    April 6, 2026

          New York, New York

                                        _____
                                              /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge